In Re: Theodore Thomas **WAGNER,**
Petitioner.

No. 09–1128.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 18, 2009.

Decided: June 23, 2009.

Theodore Thomas Wagner, Petitioner
Pro Se.

Before NIEMEYER, GREGORY, and
DUNCAN, Circuit Judges.

Petition denied by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Theodore Thomas Wagner petitions for
a writ of mandamus seeking an order re-
quiring the district court to determine the
constitutionality of the Antiterrorism and
Effective Death Penalty Act of 1996, Pub.
L. No. 104–132, 110 Stat. 1241, prior to
enforcing it. We conclude that Wagner is
not entitled to mandamus relief.

Mandamus relief is available only when
the petitioner has a clear right to the relief
sought. *In re First Fed. Sav. & Loan
Ass'n,* 860 F.2d 135, 138 (4th Cir.1988).
Further, mandamus is a drastic remedy
and should only be used in extraordinary
circumstances. *Kerr v. United States
Dist. Court,* 426 U.S. 394, 402, 96 S.Ct.
2119, 48 L.Ed.2d 725 (1976); *In re Beard,*
811 F.2d 818, 826 (4th Cir.1987). Manda-
mus may not be used as a substitute for
appeal. *In re United Steelworkers,* 595
F.2d 958, 960 (4th Cir.1979).

The relief sought by Wagner is not
available by way of mandamus. Accord-
ingly, although we grant leave to proceed
in forma pauperis, we deny the petition for
writ of mandamus. We deny Wagner's
conspiracy motion. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*PETITION DENIED.*